UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. MALAN, D.D.S., M.S., <br><br> Plaintiff, <br><br> v. <br><br> GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, <br><br> Defendant. | Case No.  1:22-cv-00100-JLT-BAM <br><br> **ORDER LIFTING STAY AND SETTING DEADLINE TO RESPOND TO COMPLAINT** <br><br> (Doc. 11) <br><br> **ORDER SETTING SCHEDULING CONFERENCE** |

On February 14, 2022, the Court adopted the parties' joint stipulation to stay Defendant Great-West Life & Annuity Insurance Company's deadline to respond to the Complaint pending resolution of a lawsuit between the parties filed in the United States District Court for the District of Colorado, Case No. 1:21-cv-03367-RMR-STV.  The Court directed Defendant to respond to the Complaint within twenty-one (21) days after the District of Colorado issued a final ruling on Dr. Malan's motion to dismiss in Case No. 1:21-cv-03367-RMR-STV.  The parties were directed to file a joint status report every ninety (90) days informing this Court of the status of the Colorado lawsuit.  (Doc. 6.)

On June 21, 2022, the parties filed an updated joint status report.  According to the report, the Colorado lawsuit was dismissed without prejudice on June 15, 2022.  The parties now request that the Court lift the stay in this action and set Defendant's deadline to respond to the Complaint

as July 6, 2022.  (Doc. 11.)

Having considered the joint status report, and good cause appearing, IT IS HEREBY ORDERED that the stay in this action is lifted.  Defendant Great-West Life & Annuity Insurance Company shall respond to Dr. Malan's Complaint (Doc. 1) no later than **July 6, 2022**.

IT IS FURTHER ORDERED that a Scheduling Conference is set for **August 30, 2022, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report as least one full week prior to the conference.  The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **June 22, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE