

United States District Court
Eastern District of California

RANDALL L. MALAN, D.D.S., M.S.,

Plaintiff(s)

V.

GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY,

Defendant(s)

Case Number: 1:22-cv-00100-JLT-BAM

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Alexander B. Feinberg hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Defendant Great-West Life & Annuity Insurance Company

On __09/23/2010__ (date), I was admitted to practice and presently in good standing in the
__Supreme Court of Alabama__ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)
Schmidt v. Standard Life Ins. Co., et al., Case No. 1:21-cv-01784-JLT-SAB, Application: 1/20/22,
Application Granted: 1/21/22

Date: __06/27/2022__        Signature of Applicant: /s/ Alexander B. Feinberg

**Pro Hac Vice Attorney**

Applicant's Name: Alexander B. Feinberg

Law Firm Name: Maynard Cooper & Gale, P.C.

Address: 1901 Sixth Avenue North, Suite 1700

City: Birmingham    State: AL    Zip: 35203

Phone Number w/Area Code: (205) 254-1000

City and State of Residence: Birmingham, Alabama

Primary E-mail Address: afeinberg@maynardcooper.com

Secondary E-mail Address: mwynn@maynardcooper.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cindy Mekari Rucker

Law Firm Name: Maynard, Cooper & Gale, LLP

Address: 10100 Santa Monica Blvd. Suite 550

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (323) 987-3356    Bar # 272465

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 28, 2022          /s/ *Barbara A. McAuliffe*

JUDGE, U.S. DISTRICT COURT